## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE. NEW MEXICO

NOV - 2 2005

MATTHEW J. DYKMAN
CLERK

LYNN BUCK, ALMA ROSA SILVA-BANUELOS,
CAMILLE CHAVEZ, DENIS DOYON,
LORI EATON, LUCY GILSTER (by her next
best friend, JENNIE LUSK), BRIAN HANEY,
ALICIA KISNER (by her next best friend, LISA KISNER),
LISA KISNER, MICHAEL KISNER, LANE LECKMAN,
MARIA SANTELLI, SUSAN SCHUURMAN,
CHRISTINA MAYA TRAFTON,
CURTIS TRAFTON, and NICK WECHSELBERGER,

  Plaintiffs,

vs.

No. CV 2004 - ~~01822~~ 1000 JP/DJS

CITY OF ALBUQUERQUE; MAYOR MARTIN
CHAVEZ, in his official and individual capacity;
DEPARTMENT OF PUBLIC SAFETY CHIEF NICK
BAKAS, in his official and individual capacity;
CHIEF OF POLICE GILBERT GALLEGOS, in his
official and individual capacity; DEPUTY CHIEF OF
POLICE RAY SCHULTZ, in his official and individual
capacity; CAPTAIN JOHN GONZALES, in his
official and individual capacity; ALBUQUERQUE
POLICE OFFICERS RAYMOND DeFRATES,
MICHAEL FISHER, JAMES LEROY FOX, ND
GONZALES, ALLEN S. HANCOCK, SGT. S. HILL,
C. LOPEZ, DANIEL S. MAGETTERI, JAMES
MONTOYA, SGT. SHAWN O'CONNELL, PABLO A.
PADILLO, and JAMES PERDUE, in their individual capacities,

  Defendants.

### STIPULATED PROTECTIVE ORDER FOR THE CONTENTS OF INTERNAL AFFAIRS FILES

THIS MATTER came before the Court upon the Unopposed Motion for Protective

Order filed by Defendants City of Albuquerque, Mayor Martin Chavez, Department of Public

Safety Chief Nick Bakas, Chief of Police Gilbert Gallegos (retired), and Chief of Police Ray

6



Schultz (hereinafter "City Defendants") and stipulated to by the parties through their respective counsel. The Court being fully advised in the premises,

FINDS that good cause exists for the entry of the Stipulated Protective Order based upon the agreement of the parties.

### THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:

1.    City Defendants will agree to produce the contents of Internal Affairs files CPC 57-03, CPC 60-03, CPC 85-03 AND CPC 50-03 03.

2.    The parties agree that:

a)    Plaintiffs and Plaintiffs' attorneys will return the contents of Internal Affairs files CPC 57-03, CPC 60-03, CPC 85-03 AND CPC 50-03 at the resolution of the lawsuit.

b)    Plaintiffs and Plaintiffs' attorneys will purge all copies of the contents of Internal Affairs files CPC 57-03, CPC 60-03, CPC 85-03 AND CPC 50-03 from their files at the resolution of the lawsuit.

c)    Plaintiffs and Plaintiffs' attorneys will not disclose or produce the contents of Internal Affairs files CPC 57-03, CPC 60-03, CPC 85-03 AND CPC 50-03 to any non-party at any time, except for police procedures experts retained by Plaintiffs in this matter.

d)    Plaintiffs and Plaintiffs' attorneys will not attach any of the contents of Internal Affairs files CPC 57-03, CPC 60-03, CPC 85-03 AND CPC 50-03 has exhibits to depositions or to motions filed with the Court unless filed under seal.

e)    Plaintiffs and Plaintiffs' attorneys agree that any portion of any deposition that is taken in this case that mentions the contents of Internal Affairs files CPC 57-

7

03, CPC 60-03, CPC 85-03 AND CPC 50-03 shall be sealed upon motion of the City

Defendants.

    f)  City Defendants may redact any and all home addresses and social

security numbers of any police officers from any documents they are ordered to produce by the

Court.

_____
DON J. SVET
U.S. MAGISTRATE JUDGE


SUBMITTED BY:

CITY OF ALBUQUERQUE
Robert M. White
City Attorney


_____  for
Kathryn Levy
Deputy City Attorney
Attorneys for City of Albuquerque, Mayor
Martin Chavez, Department of Public Safety
Chief Nick Bakas, Chief of Police Gilbert
Gallegos (retired), and Chief of Police Ray Schultz
P. O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500
(505) 768-4440 (facsimile)

APPROVED BY:

ROTHSTEIN, DONATELLI, HUGHES,
DAHLSTSROM & SCHOENBURG, LLP

Peter Schoenburg
Carolyn M. ("Cammie") Nichols
500 4th Street NW, Suite 400
Albuquerque, NM 87102
(505) 243-1443

Luis Robles
Robles, Rael & Anaya, P.C.
500 4th Street, Suite 200
Albuquerque, NM 87102

Jerry A. Walz
Walz & Associates
12009 Highway 14 N
Cedar Crest, New Mexico 87008-9405

Mary Louise Boelcke
318 Solano SE
Albuquerque, NM 87108
(505) 304-5306

Lawrence B. Kronen
122 Tulane SE
Albuquerque, NM 87106
(505) 256-7690

David Stotts
200 Lomas Blvd NW, Suite 875
Albuquerque, NM 87102
(505) 242-0552 (phone)

Cindy Marrs
Cindy Marrs Attorney at Law
1506 Vista Larga Court NE
Albuquerque, NM 87106
(505) 262-1867

9

**Attorneys for Plaintiffs**

Philip B. Davis
Philip B. Davis Attorney at Law
814 Marquette NW
Albuquerque, NM  87102
(505) 242-1904

**Of Counsel**

10